# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50638

_____

San Juana Lopez Castillo,

*Plaintiff—Appellant*,

*versus*

Martin O'Malley, *Commissioner of Social Security*,

*Defendant—Appellee*.

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2024

Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CV-451

_____

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:[*]

San Juana Lopez Castillo appeals the denial of disability benefits. She argues that she was prejudiced when an Administrative Law Judge prematurely closed the record in her case. Because we find that the district court correctly identified and applied governing law, and that no arguments on appeal warrant further analysis than what the district court already performed, we summarily affirm the judgment. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.